IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF NORTH CAROLINA

TIAH LEROSE BRACKEN
   Petitioner,

vs.           Criminal No.: 1:08-CV-742
               1:06-CR-206-5

UNITED STATES OF AMERICA
   Respondent.
_____/

## NOTICE OF APPEAL

COMES NOW, Petitioner Tiah L. Bracken, with her Notice of Appeal pursuant to Rule 4(c), of the Federal Rules of Appellate Procedure, on the District Court's Order entered on September 2, 2009.

Done this 17, day of September 2009

               Tiah L. Bracken
               Reg. # 23299-057
               FCI Waseca
               P.O. Box 1731
               Waseca, MN 56093

## CERTIFICATE OF SERVICE

I HEREBY DO CERTIFY, that a true and correct copy of this pleading was mailed to: David P. Folman, AUSA, P.O. Box 1858, Greenboro, N.C. 27401, by placing the same in the Federal Bureau of Prison's Legal Mail Box with sufficient First Class Postage.

Done this 17, day of September 2009

I hereby do certify that pursuant to Penalty of Perjury Title 28 U.S.C. § 1746 that on this 17 day of September 2009 I signed and mailed this document via the Federal Bureau of Prisons' Legal Mail System.

Respectfully submitted,

*[signature]*

Tiah L. Bracken
Reg. # 23299-057
FCI Waseca
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093